In re Landos, Goldie L.;—Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Lafayette, 15th Judicial District Court Div. L, No. 2003-4241-L; to the Court of Appeal, Third Circuit, No. CW 04-00185.
Granted. The application is remanded to the court of appeal for consideration on the merits. See Kosmitis v. Bailey, 96-1573 (La.10/4/96), 680 So.2d 1167; Barnard v. Barnard, 96-0859 (La.6/24/96), 675 So.2d 734.
KIMBALL, J., would deny the writ.
JOHNSON, J., would deny the writ.
TRAYLOR, J., would deny the writ.